# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2014

Robert P. Young, Jr.,
Chief Justice

148442(81)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DEPARTMENT OF ENVIRONMENTAL
QUALITY, f/k/a DEPARTMENT OF NATURAL
RESOURCES AND ENVIRONMENT,
   Plaintiff-Appellee,

SC: 148442
COA: 297663
Ingham CC: 89-064557-CE

v

REXAIR, INC.,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of the Michigan Attorney General to file a response to the amicus curiae brief of the Michigan Chamber of Commerce and the Michigan Manufacturers Association is GRANTED. The responsive pleading submitted on April 7, 2014 is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2014

